THE HONORABLE TIFFANY M. CARTWRIGHT

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| CHRISTINA D. WALLER, a married woman,<br><br>        Plaintiff,<br><br>vs.<br><br>SAFEWAY, INC., a foreign corporation, d/b/a SAFEWAY STORES, INC. #1619, dba SAFEWAY STORE #1619, and J. DOES 1-10,<br><br>        Defendants. | No. 3:23-cv-05193-TMC<br><br>STIPULATION FOR AND AGREED ORDER OF DISMISSAL<br><br>Noted on Motion Calendar:<br>July 16, 2024 |

## I.  STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and between the parties that the above-entitled matter be dismissed with prejudice and without costs to any party. The parties request that the court entered the subjoined order of dismissal.

Dated: July 16, 2024.

| | |
|---|---|
| WATTEL & YORK, LLC<br><br>By:   s/ Zach J. Hansen<br>      Zach J. Hansen, WSBA # 41827<br>      Attorney for Plaintiff | TURNER KUGLER LAW, PLLC<br><br>By:   s/ John T. Kugler<br>      JOHN T. KUGLER, WSBA #19960<br>      Attorney for Defendant |

STIPULATION FOR AND AGREED ORDER OF DISMISSAL - 1
R:\6956-SFW-24\PLEADINGS\dismissal.stip.wpd



Turner Kugler Law, PLLC
6523 California Ave SW #454
Seattle, WA 98136
(206) 659-0679

1

**II. ORDER**

2   This matter came before the court based upon the foregoing stipulation of the

3   parties for dismissal. It is hereby ORDERED, ADJUDGED AND DECREED that the

4   above-entitled matter is DISMISSED with prejudice and without costs to any party.

5   Dated: July __, 2024.

6

7   _____
    Tiffany M. Cartwright
    U.S. District Court
8

9   PRESENTED BY:

10  TURNER KUGLER LAW, PLLC

11  By:   s/ John T. Kugler
          JOHN T. KUGLER, WSBA #19960
12        Attorney for Defendant

13

14

15

16

17

18

19

20

21

22

23

24

25

STIPULATION FOR AND AGREED
ORDER OF DISMISSAL - 2
R:\6956-SFW-24\PLEADINGS\dismissal.stip.wpd



Turner Kugler Law, PLLC

6523 California Ave SW #454
Seattle, WA 98136
(206) 659-0679

1   I hereby certify that on July 16, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Attorney for Plaintiff:
Zach J. Hansen
Wattel & York, LLC
6314 19th St. W., Ste. 15
Fircrest, WA 98466-6223
z.hansen@wattelandyork.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

　　　　　　　　　　　　*s/ John T. Kugler*
JOHN T. KUGLER, WSB #19960
Attorney for Defendant
TURNER KUGLER LAW, PLLC
6523 California Ave SW #454
Seattle, WA 98136-1833
Telephone: (206) 659-0679
E-mail: john@turnerkuglerlaw.com

STIPULATION FOR AND AGREED
ORDER OF DISMISSAL - 3
R:\6956-SFW-24\PLEADINGS\dismissal.stip.wpd



Turner Kugler Law, PLLC
6523 California Ave SW #454
Seattle, WA 98136
(206) 659-0679

THE HONORABLE TIFFANY M. CARTWRIGHT

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| CHRISTINA D. WALLER, a married woman,<br><br>Plaintiff,<br><br>vs.<br><br>SAFEWAY, INC., a foreign corporation, d/b/a SAFEWAY STORES, INC. #1619, dba SAFEWAY STORE #1619, and J. DOES 1-10,<br><br>Defendants. | No. 3:23-cv-05193-TMC<br><br>STIPULATION FOR AND AGREED ORDER OF DISMISSAL<br><br>Noted on Motion Calendar:<br>July 16, 2024 |

## I. STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and between the parties that the above-entitled matter be dismissed with prejudice and without costs to any party. The parties request that the court entered the subjoined order of dismissal.

Dated: July 16, 2024.

| | |
|---|---|
| WATTEL & YORK, LLC | TURNER KUGLER LAW, PLLC |
| By: s/ Zach J. Hansen<br>Zach J. Hansen, WSBA # 41827<br>Attorney for Plaintiff | By: s/ John T. Kugler<br>JOHN T. KUGLER, WSBA #19960<br>Attorney for Defendant |

STIPULATION FOR AND AGREED
ORDER OF DISMISSAL - 1
R:\6956-SFW-24\PLEADINGS\dismissal.stip.wpd



Turner Kugler Law, PLLC
6523 California Ave SW #454
Seattle, WA 98136
(206) 659-0679

## II. ORDER

This matter came before the court based upon the foregoing stipulation of the parties for dismissal. It is hereby ORDERED, ADJUDGED AND DECREED that the above-entitled matter is DISMISSED with prejudice and without costs to any party.

Dated: July 17, 2024.

_____
Tiffany M. Cartwright
United States District Judge

PRESENTED BY:

TURNER KUGLER LAW, PLLC

By: s/ John T. Kugler
    JOHN T. KUGLER, WSBA #19960
    Attorney for Defendant

STIPULATION FOR AND AGREED
ORDER OF DISMISSAL - 2
R:\6956-SFW-24\PLEADINGS\dismissal.stip.wpd



Turner Kugler Law, PLLC
6523 California Ave SW #454
Seattle, WA 98136
(206) 659-0679